UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 16-cv-24466-MGC

YVONNE SOUCHET,

    Plaintiff,

v.

CITY OF SWEETWATER, FLORIDA, a municipal corporation,
BLUE MARTINI KENDALL LLC and BLUE MARTINI KENDALL, INC.,
JESUS DOMINGUEZ, individually, and JACKSONVILLE PELAEZ, individually,

    Defendants.
_____/

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Plaintiff and all Defendants, by and through their undersigned counsel, having reached approval of settlement, and in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action, with prejudice, as to all defendants, and with each parties to bear its own attorney's fees and costs with the Court retaining jurisdiction to enforce the terms of the settlement.

        GARY KOLLIN, P.A.
        Attorney for Plaintiff
        1856 N. Nob Hill Road, #140
        Fort Lauderdale, Florida 33322
        Tel:   (954) 723-9999
        Fax:  (954) 791-6565
        garykollin@garykollinlaw.com
        pleadings@garykollinlaw.com

        s/ Gary Kollin
        Fla. Bar.# 282431

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 29, 2017, I electronically filed the foregoing document with attachment with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
Attorneys for Defendant City
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone:  (954) 463-0100
Facsimile:  (954)463-2444

    Christopher J. Stearns, Esquire
    stearns@jambg.com

Marrero & Wydler
Attorneys for Defendants Dominguez & Pelaez
Douglas Centre, PH-4
2600 Douglas Road
Coral Gables, FL 33134
Telephone:  (305) 446-5528
Facsimile:  (305) 446-0995

    Oscar E. Marrero
    oem@marrerolegal.com

    Lourdes Espino Wydler
    lew@marrerolegal.com

    Alexandra C. Hayes
    ach@marrerolegal.com

Entin & Della Fera, P.A.
Attorneys for Defendants
Blue Martini Kendall LLC and Blue Martini Kendall, Inc.
633 South Andrews Ave, Suite 500
Fort Lauderdale, Florida 33301
Telephone:  (954) 761-7201
Facsimile:  (954) 764-2443

Richard F. Della Fera, Esq.
richard@entinlaw.com

Candace Cronan, Esq.
candace@entinlaw.com

By: /s/ Gary Kollin