UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24466-Civ-COOKE/TORRES

YVONNE SOUCHET,

    Plaintiff,

vs.

CITY OF SWEETWATER, *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their or its own attorney's fees and costs, except as otherwise agreed in their Settlement Agreement. *See* Joint Stip. for Dismissal with Prejudice as to All Defendants, ECF No. 90. The Court shall retain jurisdiction to enforce the terms and conditions of the settlement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers in Miami, Florida this 4th day of January 2018.

_____
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Edwin G. Torres,* U.S. Magistrate Judge
*Counsel of Record*